FILED
DISTRICT COURT

-2 SEP 98 AM 10: 28

DISTRICT OF UTAH

BY:

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RYAN K. WUERCH,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHAPERITE CONCEPTS, LTD.,<br><br>                    Defendant. | ORDER<br><br><br>Civil No. 2:98CV093C |

This matter is now before the court on Plaintiff's Partial Motion for Summary Judgment

Regarding ShapeRite's First Affirmative Defense.  A hearing on this motion was held on

September 1, 1998.  For the reasons set forth at the close of hearing, Plaintiff's motion is

DENIED.


DATED this ___1___ day of September, 1998.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge

Scanned ___/___ Faxed _____ Not Faxed __/___

klh

United States District Court
for the
District of Utah
September 2, 1998


* * MAILING CERTIFICATE OF CLERK * *


Re:   2:98-cv-00093


True and correct copies of the attached were mailed by the clerk to the
following:


    H. Deloyd Bailey, Esq.
    PO BOX 1204
    PROVO, UT  84603
    FAX 8,801,3448544

    Matthew L. Lalli, Esq.
    SNELL & WILMER LLP
    111 E BROADWAY STE 900
    SALT LAKE CITY, UT  84111
    FAX 9,2371950